&GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

### MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  1:19-CR-00057-001 (WLS) |
| **RALPH SKURKA** | |

On August 27, 2020, Ralph Skurka was sentenced to 60 months of imprisonment for the offense of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(B)(viii). The Court ordered Skurka to serve four years on supervised release upon the completion of his term of imprisonment. On February 14, 2023, the term of supervision commenced.

Ralph Skurka has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Ralph Skurka be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___19th___ day of ___March___, 2026.

*W. Louis Sands*

W. LOUIS SANDS, SR. JUDGE
U.S. DISTRICT COURT